PS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MICHAEL BONANO,

        Plaintiff,

    v.

JOHN DOE #1 Control Booth C.O., JOHN
DOE #2 Control Booth C.O.,

        Defendants.
_____

**ORDER**

20-CV-6897 EAW

The *pro se* plaintiff, Michael Bonano ("Plaintiff"), commenced this proceeding pursuant to 42 U.S.C. § 1983. (Dkt. 1). On April 4, 2023, the Court, among other things, denied without prejudice Plaintiff's requests for an extension of time to file an amended complaint and for a stay of this action (Dkt. 9; Dkt. 10), finding that they failed to comply with the Western District of New York's Local Rules of Civil Procedure governing motion practice. (Dkt. 11 at 3 & n.2). Both denials were without prejudice to refiling the requests in procedurally proper motions. (*Id.*). On May 24, 2023, at the Court's request, the Clerk's Office sent Plaintiff a copy of the Western District of New York's Local Rules of Civil Procedure.

Plaintiff has filed a letter dated June 17, 2023, stating that he has "not been able to re-compile said motion and review; absorb and incorporate said [Local] [R]ules [of Civil Procedure] and [the Court's] Order's specifications" because he has "been embroiled in formulating filings in preparation for a June 29 criminal court hearing. . . ." (Dkt. 16 at 1).

For that reason, he requested a thirty-day extension of time "to compile and file the motion [the Court] granted [him] leave to file in [the Court's] previous written order and opinion." *Id.*

Plaintiff is mistaken insofar as he believes that he requires an extension of time to file renewed motions for leave to file an amended complaint and for a stay. The Court's April 4, 2023 order did not impose a thirty-day deadline on Plaintiff's filing of his renewed motions. The only deadline imposed in that order related to the New York Attorney General's obligation to file a *Valentin* response. (Dkt. 11 at 3).

Accordingly, Plaintiff's motion for an extension of time to file (Dkt. 16) is denied as unnecessary. *See*, *e.g.*, *Mears v. Montgomery*, 512 F. App'x 100, 103 (2d Cir. 2013) (affirming district court's denial of appellant's motion for an extension of time to file a notice of appeal on the grounds that the motion was unnecessary); *Reeder v. Bell*, No. 915CV1078MADTWD, 2016 WL 11672005, at *1 (N.D.N.Y. Mar. 8, 2016) (denying, as unnecessary, plaintiff's request for an extension of time to amend his complaint in light of a previously issued scheduling order setting a deadline for the amendment of pleadings three months in the future). The Clerk of Court will be directed to send Plaintiff two copies of the Court's *Pro Se* Motion Form and one copy of the *Pro Se* Prisoner Complaint Form to use in preparing his motions for leave to file an amended complaint and for a stay.

## ORDER

It is hereby ORDERED that Plaintiff's motion for an extension of time to file a motion for leave to file an amended complaint and for a stay (Dkt. 16) is DENIED as unnecessary; and it is further

ORDERED that the Clerk of Court shall send to Plaintiff, along with a copy of this order, two (2) copies of the Court's *Pro Se* Motion Form and one (1) copy of the *Pro Se* Prisoner Complaint Form for his use in preparing his renewed motions for leave to file an amended complaint and for a stay.

SO ORDERED.

_____
ELIZABETH A. WOLFORD
CHIEF JUDGE
UNITED STATES DISTRICT COURT

Dated:  October 2, 2023
        Rochester, New York